ORIGINAL

Approved: _____

U.S. DISTRICT COURT
FILED
MAR 15 2018
DS
S.D. OF N.Y.

SHEB SWETT
Assistant United States Attorney

Before:    HONORABLE SARAH NETBURN
           United States Magistrate Judge
           Southern District of New York

- - - - - - - - - - - - - - - - - X

18 MAG 2190

UNITED STATES OF AMERICA          :

   - v. -                          :

CARLOS MANUEL BETANCES LUNA MERA,  :


                Defendant.         :

- - - - - - - - - - - - - - - - - X

SEALED COMPLAINT

Violations of 8 U.S.C.
§§ 1326(a) & (b)(1)

COUNTY OF OFFENSE:
BRONX

SOUTHERN DISTRICT OF NEW YORK, ss.:

        MASON WILHITE, being duly sworn, deposes and says that
he is a Special Agent with the United States Department of
Homeland Security, Homeland Security Investigations, and charges
as follows:

COUNT ONE
(Illegal Reentry)

        1.   From at least on or about February 28, 2018, in
the Southern District of New York, CAROLOS MANUEL BETANCES LUNA
MERA, the defendant, being an alien, unlawfully did enter, and
was found in, the United States, after having been removed from
the United States subsequent to a conviction for the commission
of a felony, without having obtained the express consent of the
Attorney General of the United States or her successor, the
Secretary for the Department of Homeland Security, to reapply
for admission.

        (Title 8, United States Code, Sections 1326(a) & (b)(1).)

        The bases for my knowledge and the foregoing charge
are, in part, as follows:

1

2.    I am a Special Agent with the Department of
Homeland Security, Homeland Security Investigations, and I have
been personally involved in the investigation of this matter.
This affidavit is based in part upon my conversations with law
enforcement agents and others and my examination of reports and
records.  Because this affidavit is being submitted for the
limited purpose of establishing probable cause, it does not
include all the facts that I have learned during the course of
my investigation.  Where the contents of documents and the
actions, statements, and conversations of others are reported
herein, they are reported in substance and in part, except where
otherwise indicated.

3.    From my review of ICE records regarding CAROLOS
MANUEL BETANCES LUNA MERA, the defendant, I have learned, among
other things, the following:

a.    LUNA MERA is a native and citizen of the
Dominican Republic and is not and has never been a citizen of
the United States.

b.    On or about February 16, 2000, LUNA MERA
attempted entry at John F. Kennedy Airport using a passport with
the name "Ruben Arturo Vazquez." LUNA MERA was denied entry into
the United States, and on or about February 17, 2000, he was
removed from the United States to the Dominican Republic.

c.    On or about October 30, 2000, LUNA MERA was
arrested by Massachusetts State Police for possession of
cocaine. On or about March 19, 2001, LUNA MERA was convicted in
the United States District Court for the District of
Massachusetts of illegal re-entry of a deported alien, in
violation of Title 8, United States Code, Section 1326. LUNA
MERA was sentenced to time served. Based on my training and
experience, I understand that illegal re-entry of a deported
alien qualifies as a felony conviction within the meaning of
Section 1326(b)(1) of Title 8 of the United States Code.

d.    On or about April 17, 2001, LUNA MERA was
removed from the United States to the Dominican Republic
pursuant to an Immigration Judge's order (the "2001 Removal").

e.    HSI has performed searches of all relevant
ICE indices and confirmed that, following the 2001 Removal, LUNA
MERA never obtained the express consent of the Attorney General
of the United States, or the Secretary for the Department of

Homeland Security, to reapply for admission to the United States.

      4.   On or about February 28 2018, law enforcement officers arrested an individual in the Bronx, New York ("Individual-1"). At the time of arrest, Individual-1 had just entered a parked vehicle. LUNA MERA was in the driver's seat of the vehicle. During the course of the arrest, law enforcement officers spoke with LUNA MERA, who stated, in sum and substance, that his name was "Carlos Betances" and that he lacked lawful immigration status in the United States.

      5.   I reviewed photographs of LUNA MERA taken in connection with his removal from the United States. Based on this review, I believe that "Carlos Betances," the individual questioned on or about February 28, 2018, and LUNA MERA are the same individual.

      WHEREFORE I respectfully request that a warrant be issued for the arrest of CAROLOS MANUEL BETANCES LUNA MERA, the defendant, and that he be arrested and imprisoned or bailed, as the case may be.

 

MASON WILHITE
Special Agent
Homeland Security Investigations

Sworn to before me this
15th day of March 2018

HONORABLE SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK